# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-945
Lower Tribunal No. 2022-CA-000914-000 I-XX

_____

LISA ARTUSIO, as Personal Representative of the ESTATE OF SUSAN CARVER,

Appellant,

v.

MARIE PRUDENTE AND CIRO PRUDENTE,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

March 12, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.


Douglas L. Rankin, Naples, for Appellant.

Kimberly D. Swanson and Jonathan R. Fitzmaurice, of Cheffy Passidomo, P,A., Naples, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED